# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. BRONZE, | CASE NO. CV F 10-0660 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** |
| vs. | (Doc. 8.) |
| JP MORGAN CHASE CO., et al., | |
| Defendants. | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action without prejudice as to defendant Washington Mutual, Inc. only. This dismissal does not terminate this action.

IT IS SO ORDERED.

**Dated:   July 7, 2010**            /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1