UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. BRONZE,<br><br>               Plaintiff,<br>   vs.<br><br>JPMORGAN CHASE CO., et al.,<br><br>               Defendants.<br>_____/ | CASE NO. CV F 10-0660 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 24.) |

      The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than June 30, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

      Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   June 3, 2011**                          **/s/ Lawrence J. O'Neill**
                                                                                    UNITED STATES DISTRICT JUDGE