DANIEL W. ROWLEY, #109408
JENNIFER J. PANICKER, #258656
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Plaintiff Maria Bronze

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARIA C. BRONZE, | CASE NO. 1:10-CV-00660-LJO-GSA |
| Plaintiff, | **ORDER** |
| v. | |
| JPMORGAN CHASE CO., ET AL., | |
| Defendants. | |

Based on the Stipulation of Dismissal With Prejudice filed by the parties hereto, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either party.  The Clerk of the Court is directed to close this action in its entirety.

IT IS SO ORDERED.

Dated:   **June 22, 2011**            **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

10799-0\00251567.000                    1                    1:10-CV-00660-LJO-GSA
                                                  PROPOSED ORDER